## United States Bankruptcy Court
### District of Maryland

In re   **JPJ Real Estate Holdings, LLC**                                   Case No.
                                   Debtor(s)                                Chapter   **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Jerome Johnson**, declare under penalty of perjury that I am the **Managing Member** of **JPJ Real Estate Holdings, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Members of said limited liability company at a special meeting duly called and held on the 6th day of **October**, 20**14**.

"Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Jerome Johnson**, **Managing Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

Be It Further Resolved, that **Jerome Johnson**, **Managing Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

Be It Further Resolved, that **Jerome Johnson, Managing Member** of this Limited Liability Company is authorized and directed to employ **Craig A. Butler MD 17409**, attorney and the law firm of **The Butler Law Group, PLLC** to represent the limited liability company in such bankruptcy case."

Date  **October  6, 2014**                     Signed  **/s/ Jerome Johnson**
                                                       **Jerome Johnson**

Resolution of Members
of
**JPJ Real Estate Holdings, LLC**

    Whereas, it is in the best interest of this limited liability company to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Jerome Johnson, Managing Member** of this Limited Liability Company, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the limited liability company; and

    Be It Further Resolved, that **Jerome Johnson, Managing Member** of this Limited Liability Company is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability company in connection with such bankruptcy case, and

    Be It Further Resolved, that **Jerome Johnson, Managing Member** of this Limited Liability Company is authorized and directed to employ **Craig A. Butler MD 17409**, attorney and the law firm of **The Butler Law Group, PLLC** to represent the limited liability company in such bankruptcy case.

Date **October 6, 2014**                Signed */s/Jerome Johnson*
                                        **Jerome Johnson**

Date **October 6, 2014**                Signed */s/Gregory O. Upshaw*
                                        **Gregory O. Upshaw**